JAMES A. DiBOISE, State Bar No. 83296
ROGER J. CHIN, State Bar No. 184662
LISA M. BYERLY, State Bar No. 201030
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099
E-mail: jdiboise@wsgr.com; rchin@wsgr.com;
lbyerly@wsgr.com

Attorneys for Defendant
NANOMETRICS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> NANOMETRICS INC., <br><br> Defendant. | CASE NO.:  C05-0986-MMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-2, the parties jointly stipulate and request to reschedule the Case Management Conference currently scheduled for July 29, 2005 at 10:30 a.m. in Courtroom 7 of this Court to August 5, 2005 at 10:30 a.m. in Courtroom 7 of this Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: July 6, 2005 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By:   /s/<br>     Lisa M. Byerly<br><br>Attorneys for Defendant |
| Dated: July 6, 2005 | HOWARD RICE NEMEROVSKI CANADY<br>FALK & RABKIN<br>A Professional Corporation<br><br>By:   /s/<br>     Douglas A. Winthrop<br><br>Attorneys for Plaintiff |

**ECF CERTIFICATION**

Pursuant to General Order No. 45, § X.B, the filing attorney attests that the content of this document is acceptable to all persons required to sign this document.

IT IS SO ORDERED.

APPROVED
Judge Maxine M. Chesney

Dated: July 8, 2005

_____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT COURT

JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. C05-0986-MMC     -2-