1 | Daniel S. Mount, Esq. (State Bar No. 77517)
dmount@mount.com
2 | Ron C. Finley, Esq. (State Bar No. 200549)
rfinley@mount.com
3 | Justin T. Beck, Esq. (State Bar No. 53138)
jbeck@mount.com
4 | Jeremy M. Duggan (State Bar No. 229854)
jduggan@mount.com
5 | MOUNT & STOELKER, P.C.
RiverPark Tower, 17th Floor
6 | 333 West San Carlos Street
San Jose, CA 95110
7 | Tel.: (408) 279-7000
Fax: (408) 998-1473

Attorneys for Defendants
Nanometrics, Inc.

# IN UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| NOVA MEASURING INSTRUMENTS LTD., | ) CASE NO.: C-05-00986 MMC |
|---|---|
| Plaintiff, | ) **Action Filed: March 8, 2005** |
| v. | ) **STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS** |
| NANOMETRICS INC., | ) |
| Defendants. | ) |

STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS
Case No. C-05-00986 MMC

1  The current counsel of record on behalf of Nanometrics, Inc., is Wilson Sonsini Goodrich & Rosati.

Wilson Sonsini Goodrich & Rosati and Nanometrics, Inc. have reached an agreement, wherein Wilson Sonsini Goodrich & Rosati will substitute out as counsel of record to be replaced by Mount & Stoelker, P.C.

Mount & Stoelker P.C.'s contact information is as follows:

> MOUNT & STOELKER, P.C.
> RiverPark Tower, 17th Floor
> 333 W. San Carlos Street
> San Jose, CA 95110
> Tel:  (408) 279-7000
> Fax:  (408) 998-1473

Accordingly, Wilson Sonsini Goodrich & Rosati, Nanometrics, Inc. and Mount & Stoelker, P.C. stipulate that Wilson Sonsini Goodrich & Rosati is substituted out as counsel of record to be replaced by Mount & Stoelker, P.C., who represents Nanometrics, Inc. as its new counsel of record.

Wilson Sonsini Goodrich & Rosati

Dated:  August 25, 2005          By:   ___/s/_____
                                        Roger Chin
                                        Lisa Byerly


Nanometrics, Inc.

Dated:  August 25, 2005          By:   ___/s/_____
                                        John Heaton
                                        President and CEO


Mount & Stoelker, P.C.

Dated:  August 25, 2005          By:   ___/s/_____
                                        Ron C. Finley

1 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2 "conformed" signature (/S/) within this e-filed document.
3 Dated: August 25, 2005     ___/s/_____
   Ron C. Finley

6 PURSUANT TO STIPULATION, IT IS SO ORDERED.

7
8 Dated: __August 26____, 2005     *Maxine M. Chesney* (signature)
   The Honorable Maxine Chesney
   United States District Court Judge