SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
DAVID SCHNAPF, Cal. Bar No. 100199
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
nsmith@sheppardmullin.com

WOLF BLOCK SCHORR & SOLIS-COHEN LLP
M. NORMAN GOLDBERGER (*pro hac vice*)
LAURA E. KRABILL (*pro hac vice*)
1650 Arch Street, 22nd Floor
Philadelphia, Pennsylvania 19103-2097
Telephone: 215-977-2000
Facsimile: 215-977-2740

Attorneys for Plaintiff NOVA MEASURING INSTRUMENTS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> NANOMETRICS INC., <br><br> Defendant. | Case No. C 05 00986 MMC <br><br> **NOTICE OF AFFILIATION AND SUBSTITUTION OF COUNSEL** <br><br> AND ORDER THEREON |
| AND RELATED COUNTERCLAIM. | |

W02-SF:5NAS1\61467884.1

1  PLEASE TAKE NOTICE that Plaintiff Nova Measuring Instruments, Ltd.
2  ("Nova"), hereby relieves the law firm of Howard, Rice, Nemorovski, Canady, Falk &
3  Rabkin, A Professional Corporation, as its counsel of record in the above-referenced
4  action. Nova respectively requests that the Court issue an order permitting the withdrawal
5  of said counsel pursuant to Local Rule 11-5, and substituting the law firm of Sheppard,
6  Mullin, Richter & Hampton LLP in its stead, as Nova's counsel for all purposes in the
7  above referenced action.

9  WE CONSENT TO THE ABOVE SUBSTITUTION AND WITHDRAWAL:

11  DATED: Sept. 22, 2005

12  HOWARD, RICE, NEMEROVSKI, CANADY, FALK &
    RABKIN, A Professional Corporation

15  By _____
    Douglas A. Winthrop

18  WE CONSENT TO AND ACCEPT THE ABOVE SUBSTITUTION:

19  DATED: Sept 21, 2005

20  SHEPPARD MULLIN RICHTER & HAMPTON LLP

22  By _____
    Neil A. Smith

24  Attorneys for Plaintiff NOVA MEASURING
    INSTRUMENTS, LTD.

W02-SF:5NAS1\61467884.1

-2-

NOTICE OF AFFILIATION AND
SUBSTITUTION OF COUNSEL
CASE NO. C 05 00986 MMC

1  PLAINTIFF NOVA MEASURING INSTRUMENTS, LTD., CONSENTS TO AND
2  INSTRUCTS THE SUBSTITUTION:
3  DATED: Sept. 20, 2005
4                                  NOVA MEASURING INSTRUMENTS, LTD.
5
6                          By     *G. Dishon* (signature)
7                                  Dr. Giora Dishon
                                   President
8
9
10 IT IS SO ORDERED.
11 DATED: September 23, 2005
12
13
14                         By     *Maxine M. Chesney* (signature)
15                                 THE HONORABLE MAXINE M. CHESNEY
                                   UNITED STATES DISTRICT JUDGE

W02-SF:5NAS1\61467884.1                  -3-                NOTICE OF AFFILIATION AND
                                                            SUBSTITUTION OF COUNSEL
                                                            CASE NO. C 05 00986 MMC