IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., | No. C 05-0986 MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MISCELLANEOUS REQUEST FOR A PROTECTIVE ORDER** |
| v. | |
| NANOMETRICS, INC., | |
| Defendant / | |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that defendant's Miscellaneous Administrative Request for a Protective Order, filed December 20, 2005, and all other discovery disputes, are referred to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

**IT IS SO ORDERED**.

Dated: December 21, 2005

MAXINE M. CHESNEY
United States District Judge

---

[1] In the caption of its request, defendant directs its motion to Magistrate Judge Elizabeth D. Laporte. Although the Court has referred the instant case to Magistrate Judge Laporte for a settlement conference, the Court has not referred discovery disputes to Magistrate Judge Laporte.