UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> NANOMETRICS, INC., <br><br> Defendant(s). | No. C 05-0986 MMC (BZ) <br><br> **DISCOVERY ORDER** |

Following the telephone conference on January 4, 2006, **IT IS HEREBY ORDERED** that the parties are to meet and confer to resolve the issues outlined in plaintiff's letter to the court dated December 28, 2005, in accordance with the views expressed by the court. If the parties cannot resolve the issues outlined in plaintiff's letter, plaintiff is granted leave to file a motion on those issues by **January 17, 2006.** Plaintiff shall lodge with the motion a record of the meet and confer session regarding the outstanding issues.

///

///

///

1

1    Any opposition shall be filed by **January 26, 2006** and any
2 reply shall be filed by **February 1, 2006**.  The court will
3 schedule a hearing if one is deemed necessary.
4 Dated: January 5, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NOVA MEASURING\DISCOVERY.ORDER.wpd

2