Daniel S. Mount, Esq. (State Bar No. 77517)
dmount@mount.com
Ron C. Finley, Esq. (State Bar No. 200549)
rfinley@mount.com
Justin T. Beck, Esq. (State Bar No. 53138)
jbeck@mount.com
Daniel H. Fingerman, Esq. (State Bar No. 229683)
dfingerman@mount.com
Jeremy M. Duggan, Esq. (State Bar No. 229854)
jduggan@mount.com
Mount & Stoelker, P.C.
333 West San Carlos
RiverPark Tower, 17th Floor
San Jose CA  95110-2726
Phone: (408) 279-7000
Fax:     (408) 998-1473

Attorneys for Nanometrics, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD.,<br><br>  Plaintiff,<br><br>vs.<br><br>NANOMETRICS, INC.,<br><br>  Defendant. | CASE NO. 3:05-CV-00986 MMC<br><br>**STIPULATION AND ORDER TO CONTINUE THE DATE AND TIME FOR ORAL ARGUMENT ON NANOMETRICS' MOTION FOR SUMMARY JUDGMENT** |

On January 20, 2006, Nanometrics, Inc. ("Nanometrics") filed and served its Notice and Motion for Summary Judgment of Invalidity, to be heard on February 24, 2006. Nova Measuring Instruments, Ltd. ("Nova") has requested additional time for discovery and for briefing. No previous changes to the hearing date have been made, and the changes requested will not affect any other dates set by the Court.

Therefore, pursuant to Local Rule 7-7, the parties hereby stipulate as follows:

1. Nanometrics' motion for summary judgment of invalidity shall be heard on March 24, 2006 at 9:00 a.m.

2. Nova's opposition to Nanometrics' motion for summary judgment of invalidity shall be filed not later than February 24, 2006.

3. Nanometrics' reply shall be filed not later than March 10, 2006.

This stipulation is entered into without prejudice to Nova's right to request additional time, or to file a motion under Rule 56(f), upon a showing of good cause.

Dated: January 27, 2006          Sheppard Mullin Richter & Hamilton LLP

                                 By: _____/s/_____
                                         David Schnapf

                                 Attorneys for Plaintiff
                                 NOVA MEASURING INSTRUMENTS, LTD.

Dated: January 27, 2006          Mount & Stoelker, P.C.

                                 By: _____/s/_____
                                         Jeremy M. Duggan

                                 Attorneys for Defendant
                                 NANOMETRICS. INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 30, 2006          _____
                                 Maxine M. Chesney
                                 United States District Judge

Case No. 3:05-cv-00986 MMC                                        Page 1
Stipulation and [Proposed] Order