IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASUREMENT INSTRUMENTS, LTD.,<br><br>        Plaintiff,<br>  v.<br><br>NANOMETRICS, INC.,<br><br>        Defendants<br>_____ / | No. C-05-0986 MMC<br><br>**ORDER DENYING STIPULATED REQUEST TO REVISE CASE MANAGEMENT SCHEDULE; SETTING CASE MANAGEMENT CONFERENCE** |

      Before the Court is the parties' stipulation, filed February 3, 2006, by which the parties seek an order amending the August 8, 2005 Pretrial Preparation Order to extend all dates pertaining to claim construction disclosures, briefing, and the hearing.

      It appears that the parties have failed to comply with any of the claim construction deadlines previously set by the Court, many of which dates have long passed. Under the Local Rules of this District, a party who seeks to extend a deadline set by the Court must file a motion or stipulation requesting an extension "no later than 10 days before the scheduled event." See Civil L.R. 6-1(b). Additionally, a pretrial order "shall not be modified except upon a showing of good cause," see Fed. R. Civ. P. 16(b). The parties' stipulated request, however, includes only a conclusory reference to discovery issues and thus fails to identify any good cause for the extensions sought. Moreover, the parties have not indicated how their proposed revised schedule would impact the trial date.

Accordingly, the stipulated request is hereby DENIED.

The Court hereby SETS a case management conference for March 3, 2006, at 10:30 a.m., at which time the parties shall appear to explain why they have failed to comply with the Pretrial Preparation Order and with Civil Local Rule 6-1(b).  A joint case management statement setting forth the parties' explanation shall be filed no later than February 24, 2006.

**IT IS SO ORDERED.**

Dated: February 8, 2006

_____
MAXINE M. CHESNEY
United States District Judge