UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOVA MEASURING INSTRUMENTS LTD.

    Plaintiff,

    v.

NANOMETRICS, INC.

    Defendant.
_____/

No. C-05-00986 MMC (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for March 10, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **July 7, 2006 at 9:00 a.m**.

On or before June 27, 2006, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon the parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: March 7, 2006

                                                  *Elizabeth D. Laporte*
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge