Neil A. Smith (State Bar No. 63777)
  nsmith@sheppardmullin.com
David Schnapf (State Bar No. 100199)
  dschnapf@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
4 Embarcadero Center, 17th Floor
San Francisco CA  94111-4106
Phone: (415) 434-9100
Fax:    (415) 434-3947

M. Norman Goldberger (*pro hac vice*)
Laura E. Krabill (*pro hac vice*)
WOLF, BLOCK, SCHORR &
  SOLIS-COHEN LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA  19103
Phone:         (215) 977-2000
Fax:           (215) 977-2740
Attorneys for Nova Measuring
Instruments, Ltd.

Daniel S. Mount, Esq. (State Bar No. 77517)
Ron C. Finley, Esq. (State Bar No. 200549)
Justin T. Beck, Esq. (State Bar No. 53138)
Daniel H. Fingerman, Esq. (State Bar No. 229683)
MOUNT & STOELKER, P.C.
333 West San Carlos
RiverPark Tower, 17th Floor
San Jose CA  95110-2726
Phone: (408) 279-7000
Fax:            (408) 998-1473
Email: dan@mount.com
Email: rfinley@mount.com
Email: jbeck@mount.com
Email: dfingerman@mount.com
Attorneys for Nanometrics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., | ) CASE NO. 3:05-CV-00986 MMC |
| Plaintiff, | ) [~~PROPOSED~~] REVISED SCHEDULING ORDER |
| vs. | ) March<br>) **Hearing Held:** ~~May~~ 3, 2006 |
| NANOMETRICS, INC., | ) **Judge Maxine M. Chesney** |
| Defendant. | ) |

Upon the stipulation of counsel, the Court hereby adopts the following claim construction and trial schedule:

March 13, 2006: Exchange of Proposed Terms and Claim Elements for Construction

-1-

April 3, 2006: Exchange of Preliminary Claim Constructions and Extrinsic Evidence

May 1, 2006: Joint Claim Construction and Prehearing Statement

May 31, 2006: Completion of Claim Construction Discovery

June 15, 2006: Claim Construction Briefs — Nova's opening brief

June 29, 2006: Claim Construction Briefs — Nanometrics' response brief

July 6, 2006: Claim Construction Briefs — Nova's reply brief

The Claim Construction Hearing, which is currently scheduled for April 3, 2006, will be rescheduled to August 7, 2006 at 9 a.m., which is at least two weeks after the claim construction briefing is completed.

The Settlement Conference shall be scheduled to take place between July 7, 2006 and July 19, 2006, subject to the availability of Magistrate Judge LaPorte.

The non-expert discovery cutoff shall be October 20, 2006.

The parties shall designate experts (Non-Claim Construction) by no later than October 27, 2006, with rebuttal no later than November 10, 2006.  The expert discovery cutoff (Non-Claim Construction) shall be November 22, 2006.

Dispositive motions shall be filed no later than December 15, 2006.

The Further Status Conference will be held on December 8, 2006, and the Further Status Conference Statement shall be due on December 1, 2006.

The Pre-Trial conference Hearing Date will remain February 27, 2006, at 3 p.m.

The trial date will remain March 19, 2007.

IT IS SO ORDERED.

Dated: March __10__, 2006

_____
Hon. Judge Maxine M. Chesney
U.S. District Judge