1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | NOVA MEASURING INSTRUMENTS    )
   | LTD.,                         )
12 |                               )        No. C 05-0986 MMC (BZ)
   |          Plaintiff(s),        )
13 |                               )        **ORDER DENYING NANOMETRICS'**
   |      v.                       )        **MOTION FOR RECONSIDERATION**
14 |                               )
   | NANOMETRICS, INC.,            )
15 |                               )
   |          Defendant(s).        )
16 |                               )
   | _____)

17

18         Nanometrics' motion under Civil L.R. 7-9(b)(1) and (3)

19    for leave to seek reconsideration of the court's Third

20    Discovery Order is **DENIED**.

21         Civil L.R. 7-9(b)(1) requires Nanometrics to

22    "specifically show" that "a material difference in fact or law

23    exists" and that "in the exercise of reasonable diligence

24    [Nanometrics] did not know such fact or law at the time."

25    Civil L.R. 7-9(b)(3) requires Nanometrics to "specifically

26    show" the court manifestly failed to consider material facts

27    or dispositive legal arguments presented to the court.

28    Nanometrics failed to satisfy the standard under either Civil

1 | L.R. 7-9(b)(1) or (3).

2 |     To the extent that Nanometrics argues that it has already

3 | complied with the court's order, there is no need for

4 | reconsideration.  If Nanometrics believes the Order requires

5 | more than it has already done, it should comply.  Accordingly,

6 | **IT IS ORDERED** that Nanometrics' motion for leave to seek

7 | reconsideration is **DENIED** and its request for a stay of the

8 | court's Third Discovery Order is **DENIED.**

9 | Dated:  March 14, 2006

10 | _____

11 | Bernard Zimmerman
United States Magistrate Judge

12 | G:\BZALL\-REFS\NOVA MEASURING\RECONSIDER.ORDER.SHORT.wpd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2