United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NOVA MEASUREMENT INSTRUMENTS, LTD.,

        Plaintiff,

  v.

NANOMETRICS, INC.,

        Defendants
                               /

No. C-05-0986 MMC

**ORDER AFFORDING PLAINTIFF OPPORTUNITY TO SUPPLEMENT OBJECTION TO SECOND DISCOVERY ORDER**

      Before the Court is plaintiff Nova Measuring Instruments Ltd.'s objection, filed March 13, 2006, to the Second Discovery Order, filed by Magistrate Judge Bernard Zimmerman on February 27, 2006. In its objection, plaintiff identifies the "general grounds" upon which the objection is based and states it "will develop its arguments further in the briefing." (See Pl.'s Objection at 2:21-22.)

      The Local Rules of this District provide that the Court may deny an objection to a discovery order at any time, but may not grant such objection without first providing the opposing party the opportunity to file an opposition. See Civil L.R. 72-2. The Local Rules thus contemplate that the objection be fully briefed before the Court determines whether there is any reason to set a briefing schedule.

      Here, as noted, plaintiff states it has not fully briefed its objection. Accordingly, the Court will afford plaintiff the opportunity to file, no later than March 17, 2006, any

supplement to its objection. As of March 17, 2006, the Court will take the matter under submission. Defendant need not file a response to the objection unless the Court notifies defendant that a response is necessary.

**IT IS SO ORDERED.**

Dated: March 14, 2006

MAXINE M. CHESNEY
United States District Judge