United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NOVA MEASUREMENT INSTRUMENTS, LTD.,

        Plaintiff,

  v.

NANOMETRICS, INC.,

        Defendants
                                    /

No. C-05-0986 MMC

**ORDER DENYING PLAINTIFF'S OBJECTION TO SECOND DISCOVERY ORDER**

      Before the Court is plaintiff Nova Measuring Instruments Ltd.'s Objection, filed March 13, 2006, to Magistrate Judge Bernard Zimmerman's Second Discovery Order, and plaintiff's Supplement to Objection, filed March 17, 2006.

      Having fully considered the matter, the Court hereby DENIES the objection for the reason that plaintiff has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be clearly erroneous or contrary to law).[1]

---

[1] Plaintiff relies on authority pertaining to the propriety of limiting counsel's access to confidential material. The issue before the Magistrate Judge, however, was the propriety of limiting an expert's access to such material. The Court expresses no opinion as to whether the authority cited by plaintiff in its objection may support plaintiff's request that Marina F. Cunningham be granted access to confidential material in her capacity as counsel of record, pursuant to § 7.3 of the Protective Order filed January 4, 2006, as that separate issue is directly raised in plaintiff's pending Motion for Admission of Marina F. Cunningham Pro Hac Vice.

To the extent plaintiff represents it would be amenable to having certain restrictions placed on the expert in question, if such restrictions would allow plaintiff's expert to obtain access to confidential material, such accommodation was not presented to the Magistrate Judge. In the event plaintiff is unable to obtain defendant's consent to access in light of plaintiff's newly-proposed restrictions, the issue should be presented in the first instance to the Magistrate Judge.

**IT IS SO ORDERED.**

Dated: March 23, 2006

MAXINE M. CHESNEY
United States District Judge