United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  NOVA MEASUREMENT INSTRUMENTS,        No. C-05-0986 MMC
    LTD.,
12                                        **ORDER DENYING DEFENDANT'S
                   Plaintiff,             OBJECTIONS TO THIRD DISCOVERY
13     v.                                 ORDER**

14  NANOMETRICS, INC.,

15                 Defendants
                                      /
16

17        Before the Court are defendant Nanometrics, Inc.'s ("Nanometrics") Objections to

18  Magistrate Judge Bernard Zimmerman's Third Discovery Order.

19        Having fully considered the matter, the Court hereby DENIES the objection for the

20  reason that Nanometrics has failed to show the subject order is clearly erroneous or

21  contrary to law.  See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider

22  magistrate's order where it has been shown to be clearly erroneous or contrary to law).

23  Indeed, Nanometrics has failed to show any error.

24        **IT IS SO ORDERED.**

25

26  Dated: March 28, 2006

27                                        MAXINE M. CHESNEY
                                          United States District Judge
28