UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> NANOMETRICS, INC., <br><br> Defendant(s). | No. C 05-0986 MMC (BZ) <br><br> **ORDER PARTIALLY GRANTING MOTION FOR ADMISSION OF MARINA F. CUNNINGHAM,** *PRO HAC VICE* |

**IT IS HEREBY ORDERED** as follows:

1. Having reviewed the application of Marina F. Cunningham, she may be admitted *pro hac vice* subject to the terms and conditions of Civil Local Rule 11-3. All papers she files must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in Ms. Cunningham's declaration applying for *pro hac vice* admission will constitute notice to the party she represents.

2. Any opposition to the portion of the motion that seeks an order granting Ms. Cunningham access to review "highly confidential" materials pursuant to the protective order previously entered in this action shall be filed by

1

**April 12, 2006.** Any reply shall be filed by **April 19, 2006**. The court will schedule a hearing if it determines one is appropriate.

Dated: April 4, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NOVA MEASURING\PRO.HAC.VICE.ORDER.wpd

2