SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
DAVID SCHNAPF, Cal. Bar No. 100199
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Electronic mail:    nsmith@sheppardmullin.com
                    dschnapf@sheppardmullin.com

M. Norman Goldberger (*pro hac vice*)
Laura E. Krabill (*pro hac vice*)
WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
Telephone: (215) 977-2000
Facsimile: (215) 977-2740

Attorneys for NOVA MEASURING INSTRUMENTS LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> NANOMETRICS INC., <br><br> Defendant. | Case No. C05 00986 MMC (BZ) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING ACCESS BY MARINA F. CUNNINGHAM TO CONFIDENTIAL DOCUMENTS AND AMENDING PROTECTIVE ORDER** <br><br> Honorable Bernard Zimmerman <br> United States Magistrate Judge |

W02-SF:5SD\61490952.1

-1-
STIPULATION AND [PROPOSED] ORDER AMENDING PROTECTIVE ORDER
Case No. C05 00986 MMC (BZ)

# STIPULATION

WHEREAS, the Honorable Magistrate Judge Bernard Zimmerman has granted Marina Cunningham admission *Pro Hac Vice* in an order dated April 5, 2006, but has reserved judgment regarding Marina Cunningham's access to materials designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY";

WHEREAS, the parties now wish to settle all outstanding issues regarding Marina F. Cunningham' access to materials designated by Nanometrics as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY";

NOW, THEREFORE, IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, THAT Marina F. Cunningham, who has previously been admitted to participate as counsel in this action *Pro Hac Vice,* shall have full access to documents designated "Highly Confidential – Attorneys' Eyes Only" subject to entry of the following amendment of the Protective Order, and provided that Marina F. Cunningham shall not be eligible to receive materials designated by Nanometrics as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under any authority outside of section 7.3(a) of the protective order.

IT IS FURTHER STIPULATED THAT paragraph 7.3(a) of the Protective Order in this action shall be amended to provide the following: "The Receiving Party's Outside Counsel of record in this action, as well as employees of said Counsel to whom it is reasonably necessary to disclose the information for this litigation, but not to Outside Counsel or their employees who currently directly or indirectly participate in, direct, supervise or provide advice with respect to any patent prosecution activity involving metrology systems, or methods for process control, for the semiconductor manufacturing industry that can either be integrated into process equipment tools or used as standalone metrology systems, and related software (collectively "semiconductor metrology") and further provided that Outside Counsel of record and their employees who have access to "Highly Confidential -- Attorneys' Eyes Only" materials will not directly or indirectly participate in, direct, supervise or provide advice with respect to any patent prosecution activity

involving semiconductor metrology during the pendency of this litigation and for one year after the full and final conclusion of this litigation, including all appeals. Furthermore, Outside Counsel of record and their employees who have access to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" materials will not directly or indirectly participate in, direct, supervise, or provide advice with respect to any patent prosecution activity involving semiconductor metrology at any time with respect to any patent prosecution activity involving semiconductor metrology in which the application or patent claims priority in whole or in part from a date prior to the date that discovery closes in this case."

SO STIPULATED.

Respectfully submitted:

DATED: April 7, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By /s/David Schnapf
NEIL A. SMITH
DAVID SCHNAPF

Attorneys for NOVA MEASURING INSTRUMENTS LTD.

Respectfully submitted:

DATED: April 7, 2006

MOUNT & STOELKER, P.C.

By /s/Jeremy Duggan
DANIEL S. MOUNT
RON FINLEY
JUSTIN T. BECK
DANIEL H. FINGERMAN
JEREMY M. DUGGAN

Attorneys for NANOMETRICS, INC.

# ORDER

In accordance with the above Stipulation of the parties which is incorporated herein by reference, and with good cause appearing therefor, the Court orders as follows:

1.  IT IS HEREBY ORDERED THAT Marina F. Cunningham, who has previously been admitted to participate as counsel in this action *Pro Hac Vice,* shall have full access to documents designated "Highly Confidential – Attorneys' Eyes Only."

2.  IT IS FURTHER ORDERED THAT the Protective Order in this action is, by this Order, amended such that paragraph 7.3(a) shall now provide the following: "The Receiving Party's Outside Counsel of record in this action, as well as employees of said Counsel to whom it is reasonably necessary to disclose the information for this litigation, but not to Outside Counsel or their employees who currently directly or indirectly participate in, direct, supervise or provide advice with respect to any patent prosecution activity involving metrology systems, or methods for process control, for the semiconductor manufacturing industry that can either be integrated into process equipment tools or used as standalone metrology systems, and related software (collectively "semiconductor metrology"), and further provided that Outside Counsel of record and their employees who have access to "Highly Confidential -- Attorneys' Eyes Only" materials will not directly or indirectly participate in, direct, supervise or provide advice with respect to any patent prosecution activity involving semiconductor metrology during the pendency of this litigation and for one year after the full and final conclusion of this litigation, including all appeals. Furthermore, Outside Counsel of record and their employees who have access to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" materials will not directly or indirectly participate in, direct, supervise, or provide advice with respect to any patent prosecution activity involving semiconductor metrology at any time in which the application or patent claims

priority in whole or in part from a date prior to the date that discovery closes in this case."  In all other respects, the Protective Order remains as previously entered.

IT IS SO ORDERED.

Dated: ___April 10, 2006___                    _____
                                                The Honorable Judge Bernard Zimmerman

-5-
W02-SF:5SD\61490952.1        STIPULATION AND [PROPOSED] ORDER AMENDING PROTECTIVE ORDER
                                              Case No. C05 00986 MMC (BZ)