SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
DAVID SCHNAPF, Cal. Bar No. 100199
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Electronic mail:    nsmith@sheppardmullin.com
                    dschnapf@sheppardmullin.com

M. Norman Goldberger (*pro hac vice*)
Laura E. Krabill (*pro hac vice*)
WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA  19103
Telephone: (215) 977-2000
Facsimile: (215) 977-2740

Attorneys for NOVA MEASURING INSTRUMENTS LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> NANOMETRICS INC., <br><br> Defendant. | Case No. C05 00986 MMC (BZ) <br><br> **[PROPOSED] ORDER RE PLAINTIFF NOVA MEASURING INSTRUMENTS LTD.'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

-1-

W02-SF:5SD\61485514.1

[PROPOSED] ORDER RE NOVA'S
MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
Case No. C05 00986 MMC (BZ)

1. Nova Measuring Instruments Ltd.'s ("Nova") Motion For Leave To File First Amended Complaint, having been duly presented to the Honorable Judge Maxine M. Chesney, and after considering the ~~papers and the arguments of counsel~~ motion and defendant's statement of non-opposition, Nova's motion is GRANTED as follows:

    1.    IT IS HEREBY ORDERED THAT Nova is granted leave to file its First Amended Complaint in the form attached to its motion as Exhibit 1.  The First Amended Complaint shall be filed and served through the Northern District of California's Electronic Case Filing system by no later than ten (10) days following the entry of this Order.

    2.    The May 5, 2006 hearing is hereby VACATED.

IT IS SO ORDERED.

Dated: __April 18, 2006__    _____/s/ Maxine M. Chesney_____
                                          The Honorable Judge Maxine M. Chesney

Respectfully submitted:
DATED: March 31, 2006

                SHEPPARD MULLIN RICHTER & HAMPTON LLP

                By    /s/David Schnapf
                          NEIL A. SMITH
                          DAVID SCHNAPF

                Attorneys for NOVA MEASURING INSTRUMENTS LTD.