UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> NANOMETRICS, INC., <br><br> Defendant(s). | No. C 05-0986 MMC (BZ) <br><br> **FIFTH DISCOVERY ORDER** |

To assist the court in resolving the pending motions, **IT IS HEREBY ORDERED** that by **May 3, 2006**, Nanometrics shall file a list of the documents it produced which it contends show the operation of the accused instrumentality identified in Nova's Patent 3-1(c) chart as including "a beam splitter (17) for directing the illuminating light towards the wafer and directing the collected reflected light toward the spectrophotometer (10,11,12). (See Doc. 4)."

**IT IS FURTHER ORDERED** that by **May 8, 2006**, Nova shall file a reply limited solely to a discussion of whether

1

1  Nanometrics produced the documents it has identified in its
2  May 3, 2006 filing.
3  Dated: April 25, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NOVA MEASURING\DISC5.ORDER.wpd