Daniel S. Mount, Esq. (State Bar No. 77517)
Ron C. Finley, Esq. (State Bar No. 200549)
Justin T. Beck, Esq. (State Bar No. 53138)
Daniel H. Fingerman, Esq. (State Bar No. 229683)
Jeremy M. Duggan, Esq. (State Bar No. 229854)
Mount & Stoelker, P.C.
333 West San Carlos
RiverPark Tower, 17th Floor
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com
         rfinley@mount.com
         jbeck@mount.com
         dfingerman@mount.com
         jduggan@mount.com

Attorneys for Defendant Nanometrics, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NANOMETRICS, INC.,<br><br>　　　　　Defendant. | Case No. 3:05-cv-00986 (MMC) (BZ)<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing:     To be determined<br><br>Hon. Magistrate Judge Bernard Zimmerman<br>U.S. District Magistrate Judge |

1  Defendant Nanometrics, Inc.'s ("Nanometrics") Motion to File Documents Under Seal, having
2  been duly presented to the Honorable Magistrate Judge Bernard Zimmerman under Civil L.R. 7-11
3  and 79-5, and after considering the papers and the arguments of counsel, is GRANTED.
4  IT IS HEREBY ORDERED that the documents lodged under seal, which have been
5  designated by Nanometrics as "Highly Confidential — Attorneys' Eyes Only" and Bates-numbered
6  NANOM01161 – NANOM01168, NANOM01195 – NANOM01197, NANOM01696 –
7  NANOM01707, NANOM01724 – NANOM01726, shall be filed under seal.
8  IT IS SO ORDERED.

10 Dated: May 3, 2006



The Hon.
United S

Case No. 3:05-cv-00986 (MMC) (BZ)  Page 1
[Proposed] Order Granting Unopposed Administrative Request to File Documents Under Seal