UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>NANOMETRICS, INC.,<br><br>　　　　Defendant(s). | No. C 05-0986 MMC (BZ)<br><br>**SIXTH DISCOVERY ORDER** |

**IT IS HEREBY ORDERED** that a hearing for the limited purpose of discussing the recent exchange of documents pursuant to the Fifth Discovery Order is scheduled for **Wednesday, June 7, 2006, at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: May 12, 2006

　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\NOVA MEASURING\DISC6.ORDER.wpd