United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASUREMENT INSTRUMENTS, LTD., <br><br> Plaintiff, <br> v. <br><br> NANOMETRICS, INC., <br><br> Defendants / | No. C-05-0986 MMC <br><br> **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR GUIDANCE REGARDING CLAIM CONSTRUCTION** |

Before the Court is plaintiff's Administrative Motion for Guidance Regarding Claim Construction Hearing or, in the Alternative, Requesting Prehearing Conference, filed May 8, 2006. Defendant has filed a response, in which it agrees guidance is necessary. Having reviewed the parties' respective submissions, the Court deems the matter suitable for decision on the papers, and hereby GRANTS the motion.[1] Specifically, the Court answers the parties' questions as to the claim construction hearing, as follows.

1. The Court will construe six terms at the claim construction hearing, and the parties' respective briefs shall be limited to the six terms to be construed. In the event the parties are unable reach agreement as to which six terms should be construed, each party shall select three terms to be construed.

2. In addition to construing six terms at the hearing, the Court will consider the

---

[1] The Court finds it is unnecessary to conduct a prehearing conference.

1  issues of whether the Certification of Correction issued July 19, 2005 by the Patent and
2  Trademark Office is applicable to the instant action and whether the Court can correct the
3  asserted typographical error.  (<u>See</u> Joint Claim Construction Statement, filed May 1, 2006,
4  at 8:26-27.)

5     3.  Plaintiff's opening brief and defendant's responsive brief shall each be limited to
6  25 pages; plaintiff's reply shall be limited to 15 pages.

7     4.  The parties may present live expert testimony in connection with the tutorial, but
8  may not present live expert testimony at the claim construction hearing.

9  **IT IS SO ORDERED.**

11 Dated: May 12, 2006

MAXINE M. CHESNEY
United States District Judge

2