Daniel S. Mount, Esq. (State Bar No. 77517)
Ron C. Finley, Esq. (State Bar No. 200549)
Justin T. Beck, Esq. (State Bar No. 53138)
Jeremy M. Duggan, Esq. (State Bar No. 229854)
Mount & Stoelker, P.C.
333 West San Carlos
RiverPark Tower, 17th Floor
San Jose CA 95110-2726
Phone: (408) 279-7000
Fax:    (408) 998-1473
Electronic Mail:    dmount@mount.com
                    rfinley@mount.com
                    jbeck@mount.com
                    jduggan@mount.com

Attorneys for Nanometrics, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>NANOMETRICS, INC.,<br><br>Defendant. | CASE NO. 3:05-CV-00986 MMC (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MINUTE ORDER OF JUNE 8, 2006** |

MOUNT & STOELKER, P.C.
333 WEST SAN CARLOS
RIVERPARK TOWER, 17TH FLOOR
SAN JOSE, CALIFORNIA 95110-2726
TELEPHONE (408) 279-7000

After a June 7, 2006 hearing to resolve discovery issues, on June 8 the Court ordered that counsel conduct a deposition of Nanometrics' "person most knowledgeable of the beam splitter" within two weeks. In an effort to avoid further expenditure of judicial resources or any further disputes on this issue, the parties hereby stipulate as follows:

1) Nanometrics will create and generate a document which shows the internal components of the accused products identified in Nova's Preliminary Infringement Contentions.

2) The deadline for Nova Measuring Ltd. to take the deposition of Nanometrics' person most knowledgeable of the beam splitter shall be extended to July 6, 2006.

Dated: June 15, 2006         Sheppard Mullin Richter & Hamilton LLP

By: _____/s/_____
        David Schnapf

Attorneys for Plaintiff
NOVA MEASURING INSTRUMENTS, LTD.

Dated: June 15, 2006         Mount & Stoelker, P.C.

By: _____/s/_____
        Jeremy M. Duggan

Attorneys for Defendant
NANOMETRICS. INC.

As the attorney e-filing this document, I hereby attest that David Schnapf, attorney for Nova Measuring, Ltd. has concurred in this filing.

Dated: June 15, 2006         _____/s/_____
                                        Jeremy M. Duggan

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 19, 2006         _____
                                        Bernard Zimmerman
                                        United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

Case No. 3:05-cv-00986 MMC (BZ)
Stipulation and [Proposed] Order

Page 1

MOUNT & STOELKER, P.C.
333 WEST SAN CARLOS
RIVERPARK TOWER, 17TH FLOOR
SAN JOSE, CALIFORNIA 95110-2726
TELEPHONE (408) 279-7000