1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
3  DAVID SCHNAPF, Cal. Bar No. 100199
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4106
   Telephone:   415-434-9100
5  Facsimile:   415-434-3947
   Electronic mail:   nsmith@sheppardmullin.com
6                      dschnapf@sheppardmullin.com

E-Filing

7  M. Norman Goldberger (*pro hac vice*) **(Withdrawing)**
   Laura E. Krabill (*pro hac vice*) **(Withdrawing)**
8  WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP
   1650 Arch Street, 22nd Floor
9  Philadelphia, PA 19103
   Telephone: (215) 977-2000
10 Facsimile: (215) 977-2740

11 Attorneys for NOVA MEASURING
   INSTRUMENTS LTD.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> NANOMETRICS INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | Case No. C05 00986 MMC (BZ) <br><br> **UNOPPOSED MOTION OF M. NORMAN GOLDBERGER AND LAURA E. KRABILL TO WITHDRAW AS CO-COUNSEL FOR NOVA MEASURING INSTRUMENTS LTD., AND [PROPOSED] ORDER THEREON** <br><br> [Northern District L.R. 11-5] <br><br> Honorable Maxine M Chesney <br> United States District Judge |

-1-

W02-WEST:6NB1\400017564.2

UNOPPOSED MOTION TO WITHDRAW
AND [PROPOSED] ORDER THEREON
Case No. C05 00986 MMC (BZ)

### UNOPPOSED MOTION OF M. NORMAN GOLDBERGER AND LAURA E. KRABILL TO WITHDRAW AS CO-COUNSEL FOR NOVA MEASURING INSTRUMENTS LTD.

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Northern District Local Rule 11-5, M. Norman Goldberger and Laura E. Krabill of WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP, previously admitted *pro hac vice* as co-counsel to plaintiff and counter-defendant Nova Measuring Instruments Ltd. ("Nova") in the above-entitled action on August 3, 2005, hereby move to withdraw as co-counsel of record for Nova with respect to the above-entitled action and all matters related thereto.

Nova has been informed of Mr. Goldberger's and Ms. Krabill's intent to withdraw and has consented to the withdrawal.

Counsel for defendant and counter-claimant Nanometrics Inc. has also been informed of Mr. Goldberger's and Ms. Krabill's intent to withdraw and has consented to the withdrawal on behalf of Nanometrics Inc.

With respect to Northern District Local Rule 11-5(b), there is no need for a substitution of counsel at this time, as Nova continues to have other counsel of record in the above-entitled action, including, but not limited to attorneys from SHEPPARD MULLIN RICHTER & HAMPTON LLP.

Respectfully submitted:
DATED: June 23, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By   /s/David Schnapf
        NEIL A. SMITH
        DAVID SCHNAPF

Attorneys for NOVA MEASURING INSTRUMENTS LTD.

-2-

## ORDER

In accordance with the above Unopposed Motion to Withdraw as Co-counsel, which is incorporated herein by reference, and with good cause appearing therefor, the Court orders as follows:

1. IT IS HEREBY ORDERED THAT the withdrawal of M. Norman Goldberger and Laura E. Krabill of WOLF, BLOCK, SCHORR & SOLIS-COHEN LLP as co-counsel of record for plaintiff and counter-defendant Nova Measuring Instruments Ltd. with respect to the above-entitled action and all matters related thereto IS GRANTED.

**IT IS SO ORDERED.**

Dated: JUN 2 6 2006

Honorable District Judge Maxine M. Chesney