UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD.<br><br>        Plaintiff,<br><br>   v.<br><br>NANOMETRICS, INC.<br><br>        Defendant.<br>_____/ | No. C-05-00986 MMC (EDL)<br><br>NOTICE OF CONTINUANCE<br>OF SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for July 7, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **August 18, 2006 at 9:30 a.m**.

On or before August 8, 2006, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: June 29, 2006

                                                                                      *Elizabeth D. Laporte*
                                                                                       ELIZABETH D. LAPORTE
                                                                                       United States Magistrate Judge