SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
DAVID SCHNAPF, Cal. Bar No. 100199
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947
Electronic mail:    nsmith@sheppardmullin.com
                    dschnapf@sheppardmullin.com
                    nbruno@sheppardmullin.com

Attorneys for NOVA MEASURING
INSTRUMENTS LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> NANOMETRICS INC., <br><br> Defendant. | Case No. C05 00986 MMC <br><br> **ORDER GRANTING PLAINTIFF NOVA'S ADMINISTRATIVE MOTION TO EXTEND THE DEADLINE FOR ITS REPLY REGARDING CLAIM CONSTRUCTION THROUGH AND INCLUDING JULY 11, 2006** <br><br> Honorable Maxine M. Chesney <br> United States District Judge |

1   The Court having considered Plaintiff Nova Measuring Instruments Ltd.'s
2   "ADMINISTRATIVE MOTION TO EXTEND THE DEADLINE FOR ITS REPLY
3   REGARDING CLAIM CONSTRUCTION THROUGH AND INCLUDING JULY 11, 2006"
4   filed under Civil Local Rule 7–11 on June 30, 2006, and defendant's opposition, orders as follows:

6       1.    IT IS HEREBY ORDERED THAT Plaintiff Nova Measuring Instruments
7   Ltd. shall have through and including July 11, 2006 to file and serve its Reply regarding claim
8   construction.

10  IT IS SO ORDERED.

12  Dated: July 6, 2006

    _____
    The Honorable Judge Maxine M. Chesney

-2-
W02-WEST:6NB1\400028544.1

NOVA'S ADMINISTRATIVE MOTION TO EXTEND ITS CLAIM
CONSTRUCTION REPLY DEADLINE THROUGH JULY 11, 2006
Case No. C05 00986 MMC