IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASUREMENT INSTRUMENTS, LTD., | No. C-05-0986 MMC |
| Plaintiff, | **ORDER SCHEDULING STATUS CONFERENCE** |
| v. | |
| NANOMETRICS, INC., | |
| Defendants / | |

The Court having provided suggested dates to which the claim construction hearing could be continued in light of the continuance of the settlement conference and having been advised that the parties are unable to agree upon one of those dates,[1] and the Court recently having received an opposed request to file a surreply in connection with the claim construction hearing, the Court hereby SCHEDULES a status conference on Friday, July 28, 2006, at 10:30 a.m., in Courtroom 7. A joint status conference statement shall be filed no later than Wednesday, July 26, 2006.

**IT IS SO ORDERED.**

Dated: July 20, 2006

MAXINE M. CHESNEY
United States District Judge

---

[1] The parties have proposed no alternative date(s) to which they jointly agree.