1
2
3
4
5
6
7
8
9                     UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11

12 NOVA MEASURING INSTRUMENTS )
   LTD.,                      )
13                            )     No. C 05-0986 MMC (BZ)
            Plaintiff(s),     )
14                            )     **SCHEDULING ORDER**
        v.                    )
15                            )
   NANOMETRICS, INC.,         )
16                            )
            Defendant(s).     )
17 _____)

18      Following a telephonic conference on July 24, 2006, **IT IS**
19 **HEREBY ORDERED** that plaintiff supplement its motion no later
20 than **August 2, 2006**.  This includes lodging the transcript of
21 the 30(b)(6) witness, in searchable format if possible.
22 Opposition shall be filed no later than **August 14, 2006**.  Any
23 reply shall be filed no later than **August 21, 2006**.  If one is
24 deemed necessary, a hearing on the motions will be held on
25 **August 30, 2006 at 10:00 a.m.** in Courtroom G, 15th
26 ///
27 ///
28 ///

                                  1

Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:   July 25, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NOVA MEASURING\SCH.ORD.wpd