Daniel S. Mount, Esq. (State Bar No. 77517)
Ron C. Finley, Esq. (State Bar No. 200549)
Justin T. Beck, Esq. (State Bar No. 53138)
Jeremy M. Duggan, Esq. (State Bar No. 229854)
Mount & Stoelker, P.C.
333 West San Carlos
RiverPark Tower, 17th Floor
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
          rfinley@mount.com
          jbeck@mount.com
          jduggan@mount.com

Attorneys for Defendant Nanometrics, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> NANOMETRICS, INC., <br><br> Defendant. | Case No. 3:05-cv-00986 (MMC) <br><br> **ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SURREPLY REGARDING CLAIM CONSTRUCTION; AFFORDING PLAINTIFF LEAVE TO FILE RESPONSE TO SURREPLY** |

1  The Court, having considered defendant's Administrative Motion for Leave to File a Surreply
2  Brief Regarding Claim Construction, plaintiff's opposition thereto, and the arguments of counsel at
3  the status conference conducted July 28, 2006, hereby orders as follows:

4  The Administrative Motion is hereby GRANTED.  Defendant may, no later than August 4,
5  2006, file the proposed surreply brief and supporting declaration attached to its administrative
6  motion.

7  Plaintiff may file, no later than August 18, 2006, a response to the surreply, not to exceed
8  three pages and limited to the issue of the legal effect of the statements plaintiff made during
9  prosecution.

10  IT IS SO ORDERED.

12  Dated: July 31, 2006

_____
The Honorable Maxine M. Chesney
United States District Judge