Daniel S. Mount, Esq. (State Bar No. 77517)
Ron C. Finley, Esq. (State Bar No. 200549)
Justin T. Beck, Esq. (State Bar No. 53138)
Jeremy M. Duggan, Esq. (State Bar No. 229854)
Mount & Stoelker, P.C.
333 West San Carlos
RiverPark Tower, 17th Floor
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       rfinley@mount.com
       jbeck@mount.com
       jduggan@mount.com

Attorneys for Defendant Nanometrics, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> NANOMETRICS, INC., <br><br> Defendant. | Case No. 3:05-cv-00986 <br><br> **[PROPOSED] ORDER GRANTING NANOMETRICS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> The Honorable Bernard Zimmerman <br> United States Magistrate Judge |

1    The Court, having considered Nanometrics' Administrative Motion for Leave to File
2 Documents Under Seal, and any response thereto, hereby orders as follows:
3    The administrative motion is hereby GRANTED. The documents accompanying
4 Nanometrics' motion shall be filed under seal.

REQUIRED SHOWING TO SEAL UNDER LR 79-5(d) NOT MADE.

8    IT IS SO ORDERED.

10 Dated:



11    The Honorable _____
   United States _____

Case No. 3:05-cv-0098
[Proposed] Order                                                              Page 1