UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., | |
| Plaintiff(s), | No. C 05-0986 MMC (BZ) |
| v. | |
| NANOMETRICS, INC., | **SEALING ORDER** |
| Defendant(s). | |

On the representation of Mr. Beck, counsel for Nanometrics, that Nova has filed a document in violation of the protective order, **IT IS HEREBY ORDERED** that the deposition of Dr. Ebert, document no. 197, shall be filed under seal. **IT IS FURTHER ORDERED** that Nanometrics file an administrative motion to seal pursuant to Local Rule 79-5 by no later than **noon** on **Monday, August 7, 2006**. This sealing order will remain in effect until the court rules on that motion.

Dated: August 4, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NOVA MEASURING\DISC8.ORDER.wpd

1