IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., | No. C-05-00986 MMC (EDL) |
| Plaintiff, | **ORDER RE OVERDUE PAPERS** |
| v. | |
| NANOMETRICS INC., | |
| Defendant. | |

To: Plaintiff Nova Measuring Instruments and its attorneys of record:

On June 29, 2006, you were ordered to lodge a Settlement Conference Statement with Chambers on or before August 8, 2006. It was not received by Chambers. Chambers reminded you of the deadline, but to date, you still have not lodged a copy of the statement.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business August 10, 2006, the Plaintiff and its attorneys of record will be sanctioned $100 a day for each day's delay, beginning from the date the statement was originally due.

Dated: August 10, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge