Daniel S. Mount, Esq. (State Bar No. 77517)
Ron C. Finley, Esq. (State Bar No. 200549)
Justin T. Beck, Esq. (State Bar No. 53138)
Jeremy M. Duggan, Esq. (State Bar No. 229854)
Mount & Stoelker, P.C.
333 West San Carlos
RiverPark Tower, 17th Floor
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       rfinley@mount.com
       jbeck@mount.com
       jduggan@mount.com

Attorneys for Defendant Nanometrics, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> NANOMETRICS, INC., <br><br> Defendant. | Case No. 3:05-cv-00986 <br><br> **[PROPOSED] ORDER GRANTING NANOMETRICS INC.'S ADMINISTRATIVE MOTION TO STRIKE THE DECLARATION OF LARRY D. HARTSOUGH IN SUPPORT OF NOVA'S MOTIONS FOR SANCTIONS** <br><br> The Honorable Bernard Zimmerman <br> United States Magistrate Judge |

1  The Court has considered Nanometrics' Inc.'s Administrative Motion to Strike the Declaration
2  of Larry D. Hartsough in Support of Nova's Motions for Sanctions (Docket No. 231), and any
3  opposition thereto.
4  Good cause appearing, the administrative motion is hereby GRANTED; the Declaration of
5  Larry D. Hartsough in Support of Nova's Motions for Sanctions (Docket No. 231) is hereby stricken
6  from the record.

11  IT IS SO ORDERED.

13  Dated:

**DENIED**

Bernard Zimmerman
United States Magistrate J.

Date 2/24/06

The Honorable Bernard Zimmerman
United States Magistrate Judge

Case No. 3:05-cv-0098
[Proposed] Order

Page 1