**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., | No. C-05-00986 MMC (EDL) |
| Plaintiff, | **ORDER FOLLOWING SETTLEMENT CONFERENCE** |
| v. | |
| NANOMETRICS INC., | |
| Defendant. | |

This Court held a settlement conference on September 14, 2006. The parties shall submit a confidential joint letter to this Court by September 18, 2006 as discussed at the conference. The letter may be submitted via facsimile at (415) 522-2002. Additionally, the parties shall submit a confidential joint update to Magistrate Judge Laporte no later than October 10, 2006.

**IT IS SO ORDERED.**

Dated: September 14, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge