| | |
|---|---|
| 1 | Justin T. Beck, Esq. (Cal. Bar. No. 53138) |
| 2 | Ron C. Finley, Esq. (Cal. Bar. No. 200549) |
|   | Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154) |
| 3 | Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854) |
|   | Beck, Ross, Bismonte & Finley, LLP |
| 4 | 50 West San Fernando Street, Suite 1300 |
|   | San Jose, CA 95113 |
| 5 | Tel: (408) 938-7900 |
|   | Fax: (408) 938-0790 |
| 6 | Email: jbeck@beckross.com |
|   |        rfinley@beckross.com |
| 7 |        abismonte@beckross.com |
|   |        jduggan@beckross.com |

Attorneys for Defendant and Counterclaimant
Nanometrics, Inc.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., | Case No. C-05-00986 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF LEGAL COUNSEL FOR NANOMETRICS, INC. |
| NANOMETRICS, INC. | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

The current counsel of record on behalf of Nanometrics, Inc. is Mount & Stoelker, PC. Nanometrics, Inc. and Mount & Stoelker, PC have reached an agreement wherein Mount & Stoelker, PC will substitute out as counsel of record to be replaced by Beck, Ross, Bismonte & Finley, LLP.

Beck, Ross, Bismonte & Finley, LLP's contact information is as follows:

Beck, Ross, Bismonte & Finley, LLP
Fairmont Plaza
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790

Accordingly, Nanometrics, Inc., Mount & Stoelker, PC and Beck, Ross, Bismonte & Finley, LLP stipulate that Mount & Stoelker, PC is substituted out as counsel of record to be replaced by Beck, Ross, Bismonte & Finley, LLP who represents Nanometrics, Inc. as its new counsel of record.

Nanometrics, Inc.

Dated: October 3, 2006

By: /s/
John Heaton
President and CEO

Mount & Stoelker, PC

Dated: October 3, 2006

By: _____
Daniel S. Mount, Esq.
Daniel H. Fingerman, Esq.

Beck, Ross, Bismonte & Finley, LLP

Dated: October 3, 2006

By: ___/s/_____
Ron C. Finley, Esq.

I hereby attend that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: October 2, 2006

___/s/_____
Ron C. Finley

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 4, 2006

_____
The Honorable Maxine Chesney
United States District Court Judge

Stipulation and Order For Substitution of Legal Counsel - 2
Case No. C-05-00986 MMC