Justin T. Beck, Esq. (Cal. Bar. No. 53138)
Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       jduggan@beckross.com

Attorneys for Defendant and Counterclaimant
Nanometrics Incorporated

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., | **Case No. C-05-00986 MMC** |
| Plaintiff, | **STIPULATION AND ORDER REGARDING VISUAL PRESENTATION EQUIPMENT** |
| v. | |
| NANOMETRICS INCORPORATED, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

The Court has scheduled a *Markman* hearing in the above-captioned case for October 19, 2006 beginning at 9:00 a.m.  The parties hereby request and stipulate that their respective counsel and members of On the Record, Inc. and Rent-A-PC be permitted to bring presentation equipment into the courthouse on October 19, 2006, including the following equipment:

1. Projector
2. Projection screen
3. Computers
4. Miscellaneous electrical cables
5. Presentation Boards
6. Easels
7. Speakers

A proposed order is attached.  By his signature below, counsel for Nanometrics attests that David Schnapf, counsel for Nova, has concurred in this filing.

Dated:  October 16, 2006             Beck, Ross, Bismonte & Finley LLP


                                     By:   /s/
                                           Jeremy M. Duggan
                                           Attorneys for Defendant and Counterclaimant
                                           Nanometrics Incorporated

Dated:  October 16, 2006             Sheppard Mullin Richter & Hamilton LLP

                                     By:   /s/
                                           David Schnapf
                                           Attorneys for Plaintiff and Counterdefendant
                                           Nova Measuring Instruments Ltd.


ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The parties shall contact Deputy Clerk Tracy Lucero to schedule access to the courtroom.


Dated: October 17, 2006              _____
                                     Maxine M. Chesney
                                     United States District Judge