UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br>    Plaintiff(s), <br><br> v. <br><br> NANOMETRICS, INC., <br><br>    Defendant(s). | No. C 05-0986 MMC (BZ) <br><br> **EIGHTH DISCOVERY ORDER** |

Following a telephonic discovery conference on November 3, 2006, at which each side was represented by counsel, it is **ORDERED** that within one week, senior representatives from Nova and Nanometrics with responsibility for information technology, shall meet via video conference or teleconference to discuss how the electronic files with the extensions listed in Mr. Hanson's letter can be opened.

Dated: November 3, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NOVA MEASURING\DISC8A.ORDER.wpd

1