UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
NOVA MEASURING INSTRUMENTS  )
LTD.,                       )
                            )   No. C 05-0986 MMC (BZ)
         Plaintiff(s),      )
                            )   SCHEDULING ORDER
     v.                     )
                            )
NANOMETRICS, INC.,          )
                            )
         Defendant(s).      )
                            )
_____)
```

Following a telephonic discovery conference on November 3, 2006, at which each side was represented by counsel, it is **ORDERED** that defendant is granted leave to file an appropriate motion by **November 9, 2006**. Any opposition to defendant's motion shall be filed no later than **November 16, 2006**. Any reply to plaintiff's opposition shall be filed no later than **November 21, 2006**. The matter will be taken under submission, unless a hearing is deemed necessary. If one is necessary, the court will schedule a hearing for **Wednesday, November 29, 2006 at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

1

Dated: November 3, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NOVA MEASURING\SCH.ORD2.wpd