Justin T. Beck, Esq. (Cal. Bar. No. 53138)
Ron C. Finley, Esq. (Cal. Bar. No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       jduggan@beckross.com

Attorneys for Defendant and Counterclaimant
Nanometrics Incorporated

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., | **Case No. C-05-00986 MMC** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME** |
| v. | **[LOCAL RULE 6-2]** |
| NANOMETRICS INCORPORATED, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to Civil Local Rule 6-2 and in light of the accompanying declaration of Jeremy M. Duggan, the parties hereby stipulate and agree as follows.  On July 31, 2006, the Court entered its Amended Pretrial Preparation Order, setting deadlines leading up to the trial in this case, including a December 15, 2006 deadline for the close of fact discovery and a January 5, 2006 deadline for opening expert reports.  Because discovery is not yet complete, and because the Court has not yet issued a claim construction order following the October 19, 2006 hearing, the parties agree that the schedule should be altered as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-expert discovery cut-off | December 15, 2006 | February 14, 2007 |
| Designation of Burden of Proof experts | January 5, 2007 | January 12, 2007 |
| Rebuttal Expert Reports | January 19, 2007 | January 26, 2007 |
| Expert Discovery Cutoff | February 9, 2007 | February 14, 2007 |
| Last day to file Dispositive Motions | February 23, 2007 | February 28, 2007 |

By his signature below, counsel for Nanometrics attests that counsel for Nova has concurred in this filing.

Dated:  November 10, 2006                                Beck, Ross, Bismonte & Finley LLP


                                                  By:    _____/s/_____
                                                         Jeremy M. Duggan
                                                         Attorneys for Defendant and Counterclaimant
                                                         Nanometrics Incorporated

Dated:  November 10, 2006                                Sheppard Mullin Richter & Hamilton LLP


                                                  By:    _____/s/_____
                                                         Nathaniel Bruno
                                                         Attorneys for Plaintiff and Counterdefendant
                                                         Nova Measuring Instruments Ltd.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  November 14, 2006                                _____/s/ Maxine M. Chesney_____
                                                         Maxine M. Chesney
                                                         United States District Judge