UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOVA MEASURING INSTRUMENTS LTD., | ) ) ) | |
| Plaintiff(s), | ) ) | No. C 05-0986 MMC (BZ) |
| v. | ) ) | **NINTH DISCOVERY ORDER** |
| NANOMETRICS, INC., | ) ) | |
| Defendant(s). | ) ) ) ) | |

The discovery cutoff having been extended, **IT IS HEREBY ORDERED** that by **November 22, 2006**, the parties shall meet and confer to see if they can stipulate to the appointment of a discovery referee.  If they cannot, by **noon** on **November 28, 2006**, each side shall submit a list of up to five (5) names of acceptable persons, after having first ascertained that the person is available and willing to serve.  The parties shall be prepared to discuss the appointment of a referee at the hearing on **November 29, 2006 at 10:00 a.m.**

Dated: November 17, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NOVA MEASURING\DISC9.ORDER.wpd

1