UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> NANOMETRICS, INC., <br><br> Defendant(s). | No. C 05-0986 MMC (BZ) <br><br> **TENTH DISCOVERY ORDER** |

Before me is plaintiff's administrative motion for leave to file an amended declaration, Docket No. 278, and defendant's motion to compel supplemental discovery responses, Docket No. 257, and motion for monetary sanctions, Docket No. 258.  For the reasons given in the November 29, 2006 hearing, **IT IS HEREBY ORDERED** as follows:

    1)    Plaintiff is **GRANTED** leave to file the amended declaration of Laura E. Krabill;

    2)    Defendant's motion to compel supplemental responses to interrogatory numbers 8, 10 and 11 is **DENIED**;

    3)    As to interrogatory number 9, defendant's motion is **GRANTED** as to Mr. Finarov and **DENIED** as to

1

        defendant's employees.  Plaintiff is **PRECLUDED** from calling as witnesses or otherwise relying on the testimony of any person not identified in plaintiff's response and supplementary response, on an issue relating to Nova's infringement contentions, except for expert witnesses and for persons whose identity as a witness was not known to Nova on November 9, 2006.

4) Defendant's motion to compel supplemental document production is **DENIED.**  Plaintiff is **ORDERED** to file an appropriate verified response by **December 8, 2006** attesting to the fact that all responsive documents have been produced, save those described in plaintiff's privilege log.

5) The parties are **ORDERED** to prepare a transcript of this hearing.  Nova shall provide a copy to Oleg Korshunove and Nanometrics shall provided a copy to Brian Flynn.  Proofs of receipt shall be filed by **December 15, 2006**.

6) Defendant's motion for monetary sanctions is **DENIED.**

Dated: November 29, 2006

                                             _____
                                             Bernard Zimmerman
                                     United States Magistrate Judge

G:\BZALL\-REFS\NOVA MEASURING\DISC10.wpd