IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., | No. C 05-0986 MMC |
| Plaintiff, | **ORDER REFERRING CASE TO ADR UNIT FOR TELEPHONE CONFERENCE** |
| v. | |
| NANOMETRICS INCORPORATED, | |
| Defendants | |
| _____ / | |

The ADR Unit having advised the Court that it may not be able to accommodate the parties with respect to their list of proposed mediators, the case is hereby REFERRED to the ADR Unit for a telephone conference. Counsel will be contacted by the ADR Unit.

**IT IS SO ORDERED.**

Dated: December 18, 2006

MAXINE M. CHESNEY
United States District Judge