Justin T. Beck, Esq. (Cal. Bar No. 53138)
Ron C. Finley, Esq. (Cal. Bar No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar No. 136154)
Jeremy M. Duggan, Esq. (Cal. Bar No. 229854)
Craig A. Hansen, Esq. (Cal Bar No. 209622)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
　　　　rfinley@beckross.com
　　　　abismonte@beckross.com
　　　　jduggan@beckross.com

Attorneys for Defendant and Counterclaimant
Nanometrics Incorporated

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> NANOMETRICS INCORPORATED, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | **Case No. C-05-00986 MMC** <br><br> **STIPULATION AND ORDER TO CHANGE TIME [LOCAL RULE 6-2]** |

Pursuant to Civil Local Rule 6-2 and in light of the accompanying declaration of Craig A. Hansen, the parties have reached an agreement to modify certain dates.  None of these proposed modified dates are expected to alter the trial date in this case.  On July 31, 2006, the Court entered its Amended Pretrial Preparation Order, setting deadlines leading up to the trial in this case.  On November 14, 2006, the Court approved a stipulation changing some of those deadlines.  Because discovery is not yet complete, and to allow experts access to the necessary information, the parties agree that certain upcoming deadlines should be altered as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Non-expert discovery cut-off | February 14, 2007 | February 14, 2007 (unchanged) |
| Designation of Burden of Proof experts | January 12, 2007 | January 19, 2007 |
| Rebuttal Expert Reports | January 26, 2007 | February 12, 2007 |
| Expert Discovery Cutoff | February 14, 2007 | February 28, 2007 |
| Last day to file Dispositive Motions | February 28, 2007 | March 9, 2007 |

By his signature below, counsel for Nanometrics attests that counsel for Nova has concurred in this filing.

Dated:  January 9, 2007                    Beck, Ross, Bismonte & Finley LLP


                                           By:  _____/s/_____
                                                Craig A. Hansen
                                                Attorneys for Defendant and Counterclaimant
                                                Nanometrics Incorporated

Dated:  January 9, 2007                    Sheppard Mullin Richter & Hamilton LLP


                                           By:  _____/s/_____
                                                Mauricio Flores
                                                Attorneys for Plaintiff and Counterdefendant
                                                Nova Measuring Instruments Ltd.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: January 12, 2007                    _____
                                           Maxine M. Chesney
                                           United States District Judge