UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> NANOMETRICS, INC., <br><br> Defendants. | No. C 05-0986 MMC (BZ) <br><br> DISCOVERY REFEREE ORDERS NO. 3 |

A telephonic hearing was heard on the morning of February 5, 2007. Counsel for plaintiff and counsel for defendant submitted various requests/motions to be resolved. Lead counsel for plaintiff were Mauricio Flores and Darren Franklin. Lead counsel for defendant were Ron Finley and Craig Hansen.

Two motions came before the Discovery Referee, one by the plaintiff and one by the defendant. The plaintiff's motion was to access "System Files" of Nanometrics. Those files had been accessed by plaintiff earlier in a number approaching 80 files. Plaintiff seeks the right to access approximately 75 additional System Files from Nanometrics. The defendant made a motion to have further supplemental admissions to requests for admissions nos. 2 – 11 and 13 – 41. Defendant stated that the failure by plaintiff to admit to facts which were within the dispute and verifiable from public records should require plaintiff to admit those requests for admissions. Following a review of written materials submitted by the defendant and oral

argument submitted by plaintiff and defendant, IT IS ORDERED AS FOLLOWS:

## REQUIREMENT FOR FURTHER ADMISSIONS TO REQUEST FOR ADMISSIONS BY DEFENDANT

The motion is denied. Defendant cited the California Practice Guide for the authority that the failure of the plaintiff to reasonably inquire and admit to what were essentially requests that various patents had been applied for before May 23, 1995 were required to be answered more fully by plaintiff. However, plaintiff cited a further basis of authority from the California Practice Guide that indicates that there is no obligation to search for information from third parties. Accordingly, the Discovery Referee has denied the request for supplemental answers to the requests for admissions. However, it is to be noted that the Discovery Referee advised plaintiff's counsel that the failure to be reasonable on this issue would probably result in the trial court issuing appropriate sanctions. Suggestions were made that the plaintiff inform the defendant that the admissions that plaintiff was able to verify as legitimate be accomplished as soon as possible. Failing that advice to the plaintiff, appropriate sanctions should be considered.

## SYSTEMS FILES

This motion by the plaintiff is granted. Access to the System Files of defendant is permitted on a weekend day with a maximum time by plaintiff at defendant's site of five hours. Plaintiff is to take with it sufficient copy services so that no more than 75 System Files can be Bates stamped and copied during the five hour period of time. The time for the review and copying is limited to five hours and the number of files is limited to 75.

Dated: February 5, 2007

_____  FOR
William J. McLean
Discovery Referee