Justin T. Beck, Esq. (Cal. Bar No. 53138)
Ron C. Finley, Esq. (Cal. Bar No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar No. 136154)
Jeremy M. Duggan, Esq. (Cal. Bar No. 229854)
Craig A. Hansen, Esq. (Cal Bar No. 209622)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       jduggan@beckross.com

Attorneys for Defendant and Counterclaimant
Nanometrics Incorporated

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> NANOMETRICS INCORPORATED, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C-05-00986 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME RE EXPERT DISCOVERY CUT-OFF [LOCAL RULE 6-2]** |

Pursuant to Civil Local Rule 6-2, the parties have reached an agreement to modify the Expert Discovery Cut-off Date. The proposed modified date will not alter the trial date in this case. On July 31, 2006, the Court entered its Amended Pretrial Preparation Order, setting deadlines leading up to the trial in this case. On November 14, 2006, the Court approved a stipulation changing some of those deadlines. On January 12, 2007, the Court approved a second stipulation changing some of those deadlines. Because expert discovery is not yet complete, and the parties agree they need only a few more days to obtain access to the necessary information from experts, the parties agree that the Expert Discovery Cut-off date should be altered as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Expert Discovery Cut-off | February 28, 2007 | March 7, 2007 for damages experts; March 2, 2007 for all other experts. |

All other deadlines and dates will remain in place.

By his signature below, Counsel for Nanometrics attests that Counsel for Nova has concurred in this filing.

Dated: February 26, 2007                Beck, Ross, Bismonte & Finley LLP

                                                By: _____/s/_____
                                                     Alfredo A. Bismonte
                                                     Attorneys for Defendant and Counterclaimant
                                                     Nanometrics Incorporated

Dated: February 26, 2007                Sheppard Mullin Richter & Hamilton LLP

                                                By: _____/s/_____
                                                 Mauricio Flores
                                                 Attorneys for Plaintiff and Counterdefendant
                                                 Nova Measuring Instruments Ltd.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __February 27, 2007__                                        Hon. Maxine M. Chesney
                                                                         United States District Judge