**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br>  Plaintiff <br><br> v. <br><br> NANOMETRICS INCORPORATED, <br><br>  Defendant                      / | No. C-05-0986 MMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |

Before the Court is defendant's motion, filed March 9, 2007, for leave to file certain documents under seal.

Good cause appearing from the Declarations of John Heaton, Jeremy M. Duggan, and Gloria Dishon, the motion is hereby GRANTED in part, and the Clerk is hereby directed to file under seal the following documents:

1. Exhibits Q, R, S, T, and U to the Declaration of Jeremy M. Duggan in Support of Nanometrics Incorporated's Motions for Summary Judgment;

2. Exhibits 4, 5, 6, 7, 8, 9, 10, 11, and 12 to the Declaration of Peter S. Gwozdz in Support of Nanometrics Incorporated's Motion for Summary Judgment of Non-Infringement; and

3. Nanometrics Incorporated's Motion for Summary Judgment of Non-Infringement as to "Exit Station" and "Wafer Transfer Means."

1 | With respect to the remaining documents, specifically, Exhibits J and K to the Declaration of Jeremy M. Duggan in Support of Nanometrics Incorporated's Motions for Summary Judgment, defendant's motion is hereby DENIED, for the reason that neither party has advised the Court that said exhibits contain confidential material.[1]

Accordingly, the Clerk is directed to file in the public record Exhibits J and K to the Declaration of Jeremy M. Duggan in Support of Nanometrics Incorporated's Motions for Summary Judgment.

**IT IS SO ORDERED.**

Dated: March 20, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] Defendant had requested the two subject exhibits be filed under seal out of "an abundance of caution," (see Def.'s Admin. Mot. at 2:21), because the time for plaintiff to designate them as confidential had not yet passed. Plaintiff, in its response to defendant's motion, did not advise the Court that either of said two exhibits contain confidential material.

2