1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
3  DAVID SCHNAPF, Cal. Bar No. 100199
   NATHANIEL BRUNO, Cal. Bar No. 228118
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
5  Telephone:    415-434-9100
   Facsimile:    415-434-3947
6  Electronic mail:    nsmith@sheppardmullin.com
                       dschnapf@sheppardmullin.com
7                      nbruno@sheppardmullin.com

8  Attorneys for NOVA MEASURING
   INSTRUMENTS LTD.
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

| 14 | NOVA MEASURING INSTRUMENTS LTD., | Case No. C05 00986 MMC (BZ) |
|---|---|---|
| 15 | | |
| 16 | Plaintiff, | **ORDER GRANTING PLAINTIFF NOVA'S MOTION TO CHANGE HEARING DATE ON NANOMETRICS' MOTIONS FOR SUMMARY JUDGMENT** |
| 17 | v. | |
| 18 | NANOMETRICS INC., | [Civil L.R. 6-1 and 6-3] |
| 19 | Defendant. | Honorable Maxine M. Chesney Courtroom 7, 19th Floor |

**ORDER**

Having considered plaintiff's Motion To Change Hearing Date On Nanometrics' Motion For Summary Judgment, and defendant's opposition thereto, and pursuant to Civil L.R. 6-1 and 6-3, the Court orders as follows:

**IT IS HEREBY ORDERED that the hearing date on defendant's motions for summary judgment is continued from the current date of April 13, 2007 at 9:00 a.m. to the new date of <u>April 20, 2007 at 9:00 a.m.</u>**

IT IS SO ORDERED.

Dated: March 21, 2007

_____
Honorable Maxine M. Chesney