SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
MAURICIO A. FLORES, Cal. Bar No. 93304
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947
Electronic mail:     nsmith@sheppardmullin.com
                    mflores@sheppardmullin.com
                    nbruno@sheppardmullin.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
DARREN M. FRANKLIN, Cal. Bar No. 210939
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:     213-620-1780
Facsimile:     213-620-1398

Electronic mail:     dfranklin@sheppardmullin.com

Attorneys for NOVA MEASURING
INSTRUMENTS LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVA MEASURING INSTRUMENTS LTD., <br><br> Plaintiff, <br><br> v. <br><br> NANOMETRICS INC., <br><br> Defendant. | Case No. C05 00986 MMC (BZ) <br><br> **ORDER GRANTING NOVA'S MOTION FOR LEAVE TO FILE RENEWED MOTION TO STRIKE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 USC SECTION 112(1) ON SHORTENED TIME** <br><br> [Civil L.R. 6-1 and 6-3; Civil L.R. 7-11 and Judge Chesney's Standing Order at ¶ 6.] <br><br> Honorable Maxine M. Chesney <br> Courtroom 7, 19th Floor |

**PROPOSED ORDER**

The Court having considered plaintiff's MOION FOR LEAVE TO FILE RENEWED MOTION TO STRIKE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 USC SECTION 112(1) ON SHORTENED TIME, and defendant's opposition thereto, orders as follows:

**IT IS HEREBY ORDERED** that Nova is granted leave to file its Renewed Motion To Strike Defendant's Motion For Summary Judgment Of Invalidity Under 35 U.S.C. Section 112(1) ("Nova's Motion to Strike") within two court days of entry of this Order. Nova's Motion to Strike shall be heard by this Court on April 20, 2007 at 9:00 a.m.

**IT IS FURTHER HEREBY ORDERED** that defendant Nanometrics, Inc. shall have through and including April 6, 2007 to file any opposition to Nova's Motion to Strike.

**IT IS FURTHER HEREBY ORDERED** that Nova shall have through and including April 10, 2007 to file a reply to any opposition filed by Nanometrics. Any such reply by Nova shall not exceed four pages of substantive text.

IT IS SO ORDERED.

Dated: March 29, 2007

MAXINE M. CHESNEY
United States District Judge