1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
3  MAURICIO A. FLORES, Cal. Bar No. 93304
   NATHANIEL BRUNO, Cal. Bar No. 228118
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
5  Telephone:     415-434-9100
   Facsimile:     415-434-3947
6  Electronic mail:      nsmith@sheppardmullin.com
                         mflores@sheppardmullin.com
7                        nbruno@sheppardmullin.com

8  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   DARREN M. FRANKLIN, Cal. Bar No. 210939
9  333 South Hope Street, 48th Floor
   Los Angeles, California  90071-1448
10 Telephone:     213-620-1780
   Facsimile:     213-620-1398
11
   Electronic mail:      dfranklin@sheppardmullin.com
12
   Attorneys for NOVA MEASURING
13 INSTRUMENTS LTD.

14

                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                         SAN FRANCISCO DIVISION
17

18
   | | |
   |---|---|
   | NOVA MEASURING INSTRUMENTS LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>NANOMETRICS INC.,<br><br>    Defendant. | Case No. C05 00986 MMC (BZ)<br><br>**ORDER GRANTING NOVA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS OPPOSITIONS TO NANOMETRICS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>[Civil L.R. 7-11 and 79-5]<br><br>Honorable Maxine M. Chesney<br>Courtroom 7, 19th Floor |

---

W02-WEST:6NB1\400252657.1                         [PROPOSED] ORDER GRANTING NOVA'S
Case No. C05 00986 MMC (BZ)           ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER
                                                                              SEAL
                                                      Case No. C05 00986 MMC (BZ)

**ORDER**

Upon good cause shown pursuant to plaintiff Nova Measuring Instruments Ltd.'s "ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS OPPOSITIONS TO NANOMETRICS' MOTIONS FOR SUMMARY JUDGMENT" and all documents and declarations submitted in support thereof, specifically the declarations of Darren M. Franklin, Giora Dishon, and Bruce Rhine,

**IT IS HEREBY ORDERED** that unredacted versions of the following documents shall be filed under seal by the Clerk:

(1) Exhibit C to the DECLARATION OF MAURICIO A. FLORES IN OPPOSITION TO NANOMETRICS' MOTIONS FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY UNDER 35 USC SECTION 112(1);

(2) DECLARATION OF LARRY D. HARTSOUGH, PH.D. IN OPPOSITION TO NANOMETRICS' MOTIONS FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY; and

(3) Nova's MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO NANOMETRICS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AS TO "EXIT STATION" AND "WAFER TRANSFER MEANS."

**IT IS SO ORDERED.**

**Dated: April 5, 2007**

*(signature)*

**Maxine M. Chesney**

**United States District Judge**