1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   MAURICIO A. FLORES, Cal. Bar No. 93304
3  NEIL A. SMITH, Cal. Bar No. 63777
   NATHANIEL BRUNO, Cal. Bar No. 228118
4
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947
   Electronic mail:    nsmith@sheppardmullin.com
7                      nbruno@sheppardmullin.com

8  Attorneys for Plaintiff, Nova Measuring Instruments Ltd.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | NOVA MEASURING INSTRUMENTS | Case No. C05 00986 MMC (BZ)
   | LTD.,                      |
13 |                            | [PROPOSED] ORDER DISMISSING
   |         Plaintiff,         | ALL CLAIMS AND
14 |                            | COUNTERCLAIMS
   |    v.                      |
15 |                            |
   | NANOMETRICS INC.,          |
16 |                            |
   |         Defendant.         |
17 |_____|
   | AND RELATED COUNTERCLAIM(S).|
18

W02-WEST:6MAF1\400268362.2                                           ORDER
Case No. C05 00986 MMC (BZ)

1  Pursuant to the stipulation of the parties, all claims and counterclaims in the
2  above-captioned matter are dismissed without prejudice, each party to bear its own costs.
3
4  IT IS SO ORDERED.
5  Dated: April __12__, 2007
6
7
8
9                                     By   _____
                                              Judge Maxine M. Chesney
10                                            United States District Court for the
                                              Northern District of California
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-